EARL J. CRONIN, DECEASED

V.

CITY OF ALEXANDRIA

Record No. 951573

June 7, 1996

Present: All the Justices

*Michael A. Kernbach (Jack T. Burgess & Associates,* on brief), for appellant.
*Philip G. Sunderland, City Attorney (Amy Marschean,* on brief), for appellee.

2 

PER CURIAM.

 We awarded an appeal in this case to review a judgment of the Court of Appeals of Virginia which held that an employee's workers' compensation claim is barred by the two-year statute of limitations contained in Code § 65.2-406(A)(5) because the employee became aware more than two years before his death and before his estate filed a claim with the Workers' Compensation Commission for death benefits that he suffered from an occupational disease. *City of Alexandria v. Cronin*, 20 Va. App. 503, 458 S.E.2d 314 (1995).

For the reasons stated in the opinion of the Court of Appeals, we will affirm the judgment entered below.

*Affirmed.*